01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08
09
10

LAMONE T. BLUE,                                    )    Case No. C05-0315-TSZ-JPD
                                                   )
11
            Plaintiff,                             )
                                                   )
12
                                                   )    ORDER RE:
      v.                                           )    MISCELLANEOUS FILINGS
13
                                                   )
14
C/O TABATHA DAVIS, et al.,                         )
                                                   )
15
            Defendants.                            )
                                                   )
16
_____           )

17      Over the course of the past two weeks, plaintiff has filed several documents with the

18 Court.  Dkt. Nos. 29, 30.  Although these documents have not been presented to the Court in

19 a format that it can easily decipher and understand, it appears plaintiff is concerned that

20 certain defendants in his case have not been served.  Having carefully reviewed these

21 documents and the available record, the Court ORDERS as follows:

22
23      (1)     Plaintiff's concerns that the proper defendants to this case have not been

24 served appear to lack any factual or legal basis.  Moreover, it appears that the persons

25 plaintiff is concerned have not been served in this case have been served in 05-431, which has

26 been consolidated with this case.  Dkt. No. 31.

ORDER RE:
MISCELLANEOUS FILINGS
PAGE -1

01    (2)    Plaintiff is advised that all correspondence must be submitted to the Court in a

02  legible fashion and on documents that contain the case name and file number (the same

03  information contained on this Order).  Failure to do so may delay or prevent the Court from

04  providing any requested relief.

05

06    (3)    The Clerk is directed send a copy of this Order to plaintiff, counsel for the

07  defendants and to the Honorable Thomas S. Zilly.

08    DATED this 2nd day of August, 2005.

09

10

11  JAMES P. DONOHUE
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE:
MISCELLANEOUS FILINGS
PAGE -2