01

02

03

04

05

06

07                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09  LAMONE T. BLUE,                          )      CASE NO. C05-0315-TSZ-JPD
                                             )
10          Plaintiff,                       )
                                             )
11          v.                               )      ORDER (SECOND) RE:
                                             )      MISCELLANEOUS FILINGS AND
12  DAVIS, et al.,                           )      DEFENDANT'S RESPONSES
                                             )
13          Defendants.                      )
    _____ )

14

15          Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil

16  rights action.  This matter comes before the court upon plaintiff's submission of a document

17  on August 29, 2005, in which plaintiff appears to express concern that the following

18  individuals have not been served:  correctional officer Williams, school teacher Liz, Beecroft,

19  Pat Glebe, and Ralph Best.  Dkt. No. 36.  Plaintiff's document is extremely difficult for the

20  Court to decipher.  Dkt. No. 36.  Plaintiff is again reminded that all submissions must be

21  legible and conform with the Court's filing requirements.  Submissions must contain a

22  caption with the case name and file number.  They should clearly state at the outset what

23  plaintiff requests and then why.  PLAINTIFF IS SPECIFICALLY WARNED THAT

24  FAILURE TO COMPLY MAY RESULT IN REJECTION, BY THE CLERK'S OFFICE,

25  OF PAPERS SUBMITTED.

26

ORDER (SECOND) RE: MISCELLANEOUS FILINGS
AND DEFENDANT'S RESPONSES
PAGE -1

01    The Court notes that plaintiff has already named twenty-two defendants in his

02  consolidated suit.  Dkt No. 31.  The record reflects that all of the defendants have been served

03  in this action.  Dkt. No. 9.  Defendants Beecroft and Glebe have answered plaintiff's

04  complaint in a timely manner.  Dkt. No. 34.  However, it appears that two defendants,

05  correctional officers Williams and Walker, have failed to file an answer to plaintiff's

06  complaint.

07    On August 2, 2005, the Court responded to plaintiff's concerns that certain proper

08  defendants to this case had not been served.  Dkt. No. 32.  Apparently, this precipitated

09  plaintiff's August 29, 2005, letter.  Dkt. No. 36.  Plaintiff's August 29, 2005, letter is the first

10  mention of incidents involving school teacher Liz and a possible second Williams from the

11  infirmary.  To the extent this letter seeks leave to amend the complaint, it is DENIED.  The

12  deadline to amend was May 25, 2005.  There is no reason given why this deadline should be

13  changed.

14    Having carefully reviewed plaintiff's papers and the available record, the Court

15  ORDERS as follows:

16    (1)  Plaintiff's letter (Dkt. No. 36), to the extent it sought leave to amend his

17  complaint and add defendants, is DENIED.

18    (2)  Defendants Williams and Walker are directed to answer the complaint no later

19  than September 14, 2005, or alternatively, to show cause as to why a default against them

20  should not be entered.

21

    DATED this 31st day of August, 2005.

22

23                                          *James P. Donohue*

24                                          JAMES P. DONOHUE
                                            United States Magistrate Judge

25

26

ORDER (SECOND) RE: MISCELLANEOUS FILINGS
AND DEFENDANT'S RESPONSES
PAGE -2