UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONE T. BLUE, | ) |
| | ) |
| Plaintiff, | ) Case No. C05-0315-TSZ-JPD |
| | ) |
| v. | ) |
| | ) MINUTE ORDER |
| TABATHA DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On February January 13, 2006, plaintiff filed a variety of documents that appeared to raise additional arguments and name new individuals in connection with the above-referenced suit. However, the deadline for amended pleadings and motions in this matter has long passed and the Court is presently considering pending motions for summary judgment. The Clerk is therefore directed to return the materials to plaintiff.

DATED this 19th day of January, 2006.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

PAGE -1